UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| SCOT STOLKNER, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | 2:15-cr-00143-JDL-1 |
| | ) | 2:17-cv-00420-JDL |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

United States Magistrate Judge John C. Nivison filed his Recommended Decision on Scot Stolkner's Petition pursuant to 28 U.S.C.A. § 2255 (ECF No. 223) on June 29, 2018, pursuant to 28 U.S.C.A. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). Neither party filed an objection to the Recommended Decision.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 223) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2255 Petition (ECF No. 203) is **DISMISSED**. It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal

because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

**Dated this 13th day of August, 2018.**

                                                **/s/ JON D. LEVY**
                                       **U.S. DISTRICT JUDGE**